ACCEPTED
01-15-00047-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
3/11/2015 7:56:38 PM
CHRISTOPHER PRINE
CLERK

## NO. 01-15-00047-CR

## IN THE FIRST DISTRICT COURT OF APPEALS

## HOUSTON, TEXAS

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

3/11/2015 7:56:38 PM

CHRISTOPHER A. PRINE
Clerk

### KELVIN MORRIS JONES JR

### V.

### THE STATE OF TEXAS

## FIRST MOTION FOR EXTENTION OF TIME
## TO FILE APPELLANT'S BRIEF

### LAW OFFICE OF LURO C. TAYLOR

By: _Luro C. Taylor_

**LURO C.TAYLOR**
State Bar No. 19712700
1711Cleburn
Houston, Texas 77004
Telephone (713) 882-8954
Facsimile (713) 528-1982
Email: Maxs2421@aol.com
**ATTORNEY FOR APPELLANT**

**TO THE HONORABLE FIRST DISTRICT COURT OF APPEALS:**

Pursuant to Tex. R. App. P. 10.1 and 38.6(d), the Appellant Kelvin Morris Jones Jr., files this Unopposed First Motion to Extend Time to File Appellant's Brief.

Appellants opening brief is currently due on March 11, 2015.

Counsel for Appellant requests a 30 to 60 day extension of time to file its brief, making the brief due on April 11, 2015 or May 11, 2015. This is the first request for extension of time to file the opening brief.

Counsel for Appellant relies on the following reasons, in addition to the routine matters that counsel must to in daily practice, to explain the need for the requested extension :

Counsel for the Appellant just received the record from the trial court on March 2, 2015 and has not had sufficient time to prepare the opening brief. Counsel for Appellant seeks this extension of time to be able to prepare a cogent and succinct brief to aid this Court in its analysis of the issues presented. This request is not sought for delay but so that justice may be done.

The undersigned has conferred with opposing counsel, and he has indicated that client does not oppose this motion.

All facts recited in this motion are within the personal knowledge of the counsel signing this motion, therefore no verification is necessary under the Rule of

Appellate Procedure 10.2.

## PRAYER FOR RELIEF

For the reasons set forth above, Appellant requests that this Court Grant this Unopposed First Motion to Extend Time to File Appellant's Brief and Extend the Deadline for Filing the Appellant's Brief up to April 11/May 11, 2015. Appellant all other relief which it may be entitled.

Respectfully submitted,

By: _____

**LURO C.TAYLOR**
**State Bar No. 19712700**
**1711Cleburn**
**Houston, Texas 77004**
**Telephone (713) 882-8954**
**Facsimile (713) 528-1982**
**Email: Maxs2421@aol.com**
**ATTORNEY FOR APPELLANT**

## CERTIFICATE OF CONFERENCE

I certify that I conferred with counsel for Appellee regarding this motion and that Appellee's attorney is not opposed to this motion.

Luro C. Taylor

## CERTIFICATE OF SERVICE

I certify that on March 12, 2015, I mailed a copy of the motion to the following Counsel by First Class US mail.

William J. Delmore III
Asst, District Attorney
207 W. Phillips, 2nd Floor
Conroe, TX  77301

Luro C. Taylor